UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NADINE NAKKONDE,<br><br>                  Plaintiff,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                  Defendants. | Case No. 2:23-cv-01966-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE & ORDER<br><br>Noted for Consideration:<br>March 29, 2024 |

      Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until July 22, 2024.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum applications.  Defendants' response to the Complaint is currently due on March 29, 2024.  The parties are currently working towards a resolution to this litigation.  For good cause, the parties request that the Court hold the case in abeyance until July 22, 2024.

      Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for May 21, 2024. USCIS agrees to diligently work towards completing the adjudications within 60 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudications delayed. Once the application is adjudicated, Plaintiff will dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 22, 2024. The parties will submit a status update on or before July 22, 2024. The parties further request that the Court vacate its Minute Order establishing initial discovery deadlines. Dkt. No. 10.

//
//
//
//
//

DATED this 29th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | THE LAW OFFICES OF KARIN TOLGU PLLC |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | */s/  Karin Tolgu*<br>Karin Tolgu, WSBA# 42647<br>110 Prefontaine Pl S. Ste. 304<br>Seattle, WA 98104<br>Phone: (206) 218-9472<br>Email: Karin@karintolgulaw.com |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

***I certify that this memorandum contains 393 words, in compliance with the Local Civil Rules.***

**ORDER**

The case is held in abeyance until July 22, 2024.  The parties shall submit a status update on or before July 22, 2024.  The Minute Order setting initial discovery deadlines is vacated.  Dkt. No. 10.  It is so **ORDERED**.

DATED this 29th day of March, 2024.

_____
JOHN H. CHUN
United States District Judge