UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NADINE NAKKONDE,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-01966-JHC<br><br>STIPULATED MOTION TO DISMISS & ORDER<br><br>Noted for Consideration:<br>June 17, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the application and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS & ORDER
[Case No. 2:23-cv-01966-JHC] - 1

DATED this 17th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | THE LAW OFFICES OF KARIN TOLGU PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Karin Tolgu*<br>KARIN TOLGU, WSBA 42647<br>110 Prefontaine Pl S., Ste. 304<br>Seattle, WA 98104<br>Phone: (206) 218-9472<br>Email: Karin@karintolgulaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

***I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.***

**ORDER**

The case is dismissed without prejudice.  It is so ORDERED.

DATED this 17th day of June, 2024.

                                                 */s/ John H. Chun*
                                                 JOHN H. CHUN
                                                 United States District Judge